IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ANDREW A. AQUILA,           )
                            )
    Plaintiff,              )
                            )
v.                          ) Civil Action No. 1:22-cv-1421
                            )
SREIT BROAD VISTA TERRACE LLC,)
                            )
    Defendant.              )

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED, and Plaintiff's Partial Motion for Summary Judgment is DENIED. This case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December _1_, 2023

1