# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

| | |
|---|---|
| Andrew A. Aquila, | |
| *Plaintiff,* | |
| v. | Case No.: 1:22-cv-01421 (CMH/WEF) |
| SREIT Broad Vista Terrace, L.L.C. | |
| *Defendant.* | JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, on this 4th day of December, 2023, Plaintiff Andrew A. Aquila appeals to the United States Court of Appeals for the Fourth Circuit from the following Orders by the United States District Court for the Eastern District of Virginia, Alexandria Division:

1. Order at ECF No. 41 dismissing Plaintiff's second amended complaint and partially granting Defendant's motion to dismiss Plaintiff's first amended complaint for failure to state a claim upon which relief can be granted. This Order was signed by the District Court on June 29, 2023.

2. Order at ECF No. 161 denying Plaintiff's partial motion for summary judgment, granting Defendant's motion for summary judgment, and dismissing the above-captioned matter in its entirety. This Order was signed by the District Court on December 1, 2023.

Respectfully submitted on December 4, 2023

_____
Andrew A. Aquila, *pro se*
22540 Amendola Terrace, Apt. 303
Ashburn, VA 20148-2405

Telephone: (202) 812-2070
Email: andrew.a.aquila@icloud.com

# CERTIFICATE OF SERVICE

I, Andrew A. Aquila, hereby certify that, on December 4, 2023, I served the foregoing NOTICE OF APPEAL on counsel for Defendant using CM/ECF:

Alfredo Acin, Esquire

OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1400
Tyson Corner, Virginia 22182

Tel: 703-745-1827
Fax: 703-745-1835

aacin@offitkurman.com

*Counsel for SREIT Broad Vista Terrace, L.L.C.*

 

Andrew A. Aquila, *pro se*
22540 Amendola Terrace, Apt. 303
Ashburn, VA 20148-2405

Telephone: (202) 812-2070
Email: andrew.a.aquila@icloud.com

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

Andrew A. Aquila,

*Plaintiff,*

v.

SREIT Broad Vista Terrace, L.L.C.,

*Defendant.*

Case No.: 1:22-cv-01421-CMH-WEF

**JURY TRIAL DEMANDED**

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that no attorney has prepared or assisted in the preparation of NOTICE OF APPEAL.

Executed on December 4, 2023

By: Andrew A. Aquila