**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-2256**

———————

ANDREW A. AQUILA,

        Plaintiff - Appellant,

    v.

SREIT BROAD VISTA TERRACE, L.L.C.,

        Defendant - Appellee,

    and

HIGHMARK RESIDENTIAL, L.L.C.; STARWOOD PROPERTY TRUST, INC.; KATHLEEN GREY; ANDREA PARADES,

        Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:22-cv-01421-CMH-WEF)

———————

Submitted:  October 31, 2024                   Decided:  November 15, 2024

———————

Before NIEMEYER and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Andrew A. Aquila, Appellant Pro Se.  Alfredo Acin, KRAMER ELIAS PLLC, Fairfax, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew A. Aquila appeals the district court's orders dismissing 16 counts of his amended complaint and granting summary judgment to SREIT Broad Vista Terrace, L.L.C., on his remaining claims. We have reviewed the record and Aquila's arguments on appeal, and we find no reversible error. Accordingly, we affirm the district court's orders. *Aquila v. SREIT Broad Vista Terrace, L.L.C.*, No. 1:22-cv-01421-CMH-WEF (E.D. Va. June 29, 2023 & Dec. 1, 2023). We deny Aquila's motion to certify a question to the United States Supreme Court, deny his motion to amend or correct the record, and deny as moot his motions to expedite, to reassign his case to a different district court judge, and to order a jury trial on remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*