FILED: November 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2256
(1:22-cv-01421-CMH-WEF)

_____

ANDREW A. AQUILA

   Plaintiff - Appellant

v.

SREIT BROAD VISTA TERRACE, L.L.C.

   Defendant - Appellee

 and

HIGHMARK RESIDENTIAL, L.L.C.; STARWOOD PROPERTY TRUST, INC.; KATHLEEN GREY; ANDREA PARADES

   Defendants

_____

J U D G M E N T

_____

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK