FILED: December 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-2256
(1:22-cv-01421-CMH-WEF)

———————————

ANDREW A. AQUILA

      Plaintiff - Appellant

v.

SREIT BROAD VISTA TERRACE, L.L.C.

      Defendant - Appellee

 and

HIGHMARK RESIDENTIAL, L.L.C.; STARWOOD PROPERTY TRUST, INC.; KATHLEEN GREY; ANDREA PARADES

      Defendants

———————————

M A N D A T E

———————————

The judgment of this court, entered November 15, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*